**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**REMY T. WRIGHT, SR.**                                                    **PLAINTIFF**
**Reg. No. 75489-509**

**v.**                                        **CASE NO. 2:26-CV-00052-BSM**

**B. CLINKSCALE,**
**Correctional Officer, FCI Forrest City**                               **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 5] is adopted, and Remy Wright's complaint is dismissed without prejudice. Dismissal of this action counts as a strike under 28 U.S.C. section 1915(g), and an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 13th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE