### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**REMY T. WRIGHT, SR.**                                                **PLAINTIFF**
**Reg. No. 75489-509**

**v.**                          **CASE NO. 2:26-CV-00052-BSM**

**B. CLINKSCALE,**
**Correctional Officer, FCI Forrest City**                           **DEFENDANT**

### <u>JUDGMENT</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of May, 2026.


_____
UNITED STATES DISTRICT JUDGE